# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRAHAM HARRY SCHIFF, Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-830 |
| OFFICER DAVID McBAIN, *et al.* Defendants | * * | |
| | ******* | |
| GRAHAM HARRY SCHIFF, Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-844 |
| MONTGOMERY COUNTY CIRCUIT COURT, *et al,* Defendants | * * | |
| | ******* | |
| GRAHAM HARRY SCHIFF, Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-902 |
| DAVID BOOTH, *et al.,* Defendants | * * | |
| | ******* | |
| GRAHAM HARRY SCHIFF, Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-953 |
| DAVID BOOTH, et al., Defendants | * * | |

## ORDER

For reasons stated in the foregoing Memorandum Opinion, it is this 17th day of April 2020, by the United States District Court for the District of Maryland, hereby ordered:

1. In Civil Action No. PX-20-830:

  A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

  B. The claims against the Montgomery County State's Attorney's Office and County Executive Marc Elrich ARE DISMISSED with prejudice.

  C. The claims against Officer McBain ARE DISMISSED without prejudice;

  D. The Complaint IS DISMISSED; and

  E. The Clerk CLOSE this case.

2. In Civil Action No. PX-20-844:

  A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

  B. The Complaint IS DISMISSED;

  C. Plaintiff IS ASSIGNED a "first strike" pursuant to 28 U.S.C. § 1915; and

  D. The Clerk CLOSE this case.

3. Civil Action No. PX-20-902:

  A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

  B. The Complaint IS DISMISSED;

  C. Plaintiff IS ASSIGNED a "second strike" pursuant to 28 U.S.C. § 1915; and

  D. The Clerk CLOSE this case.

4. In Civil Action No. PX-20-953:

  A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

  B. The Complaint IS DISMISSED;

  C. Plaintiff IS ASSIGNED a "third strike" pursuant to 28 U.S.C. § 1915; and

  D. The Clerk CLOSE this case.

4. The Clerk SHALL FLAG a strike on the dockets for Civil Action Nos. PX 20-844, PX-20-902, and PX-20-953;

5. Plaintiff is barred from filing a complaint in forma pauperis unless he states a claim indicating that he is in imminent danger of physical harm; and

6. The Clerk SHALL SEND a copy of this Order and the foregoing Memorandum Opinion to Plaintiff.

/S/
Paula Xinis
United States District Judge